# Exhibit 2

Infringement Claim Chart for U.S. Pat. No. US8677116B1 Vs. Zoho Corporation ("Defendant")

| Claim 1 | Evidence |
|---|---|
| 1) A method of using a computer system to authenticate a user seeking to conduct at least one interaction with a secured capability provided by a computer, the method comprising: | The defendant product (i.e., Zoho) uses a computer system (A distributed Web service running in the cloud) to authenticate a user seeking to conduct interactions with a secured capability (Zoho Web Service interface).<br><br>Source: https://accounts.zoho.com/signin?cli_time=1689909441026&servicename=AaaServer&serviceurl=https%3A%2F%2Faccounts.zoho.com%2Fhome&QRLogin=true |

1

|  | |
|---|---|
|  | **Sign in using Smart Sign-in**<br><br>Smart Sign-in is an easy and seamless way of signing in to your Zoho account, where you can sign in just by scanning a QR code using your OneAuth Authenticator app. So, you don't need to enter a username and password every time to sign in. Learn more<br><br>Source: https://help.zoho.com/portal/en/kb/accounts/sign-in-za/articles/sign-in-modes<br><br>**How to use Smart Sign-in**<br><br>⚠ Important: You need Zoho's **Authenticator app - OneAuth (v3.1 or higher)** on your mobile device, signed in with your Zoho account to use Smart Sign-in. You can install the authenticator app on your mobile device using this link - Install Authenticator - OneAuth. Once you've done this, sign in to your account using your username and password.<br><br>Once you have the OneAuth app on your mobile device with your Zoho account:<br><br>1. Go to the Zoho sign-in page on your browser.<br>2. Click **Try smart sign-in**. A QR code will be displayed.<br>3. Open **Authenticator app - OneAuth** on your mobile device.<br>4. In the MFA tab, tap **Smart Sign-in**.<br>5. Scan the QR code. You will be signed in to your Zoho account.<br><br>Source: https://help.zoho.com/portal/en/kb/accounts/sign-in-za/articles/smart-sign-in-using-oneauth#How_to_use_Smart_Sign-in |
| a) using the | Zoho uses a computer system that receives a signal from a computer (possibly a server |

2

| | |
|---|---|
| computer system to receive a first signal from the computer providing the secured capability, the first signal comprising a reusable identifier corresponding to the secured capability, the reusable identifier assigned for use by the secured capability for a finite period of time; | or application) that provides a secure capability. This signal contains a reusable identifier that corresponds to the secured capability and has a limited validity period. Zoho could represent the initial authentication challenge presented by the platform. The Zoho login QR code is active for a certain period after that user has to refresh the page and the server will send a new QR code.<br><br><br><br>Source:https://accounts.zoho.com/signin?cli_time=1689909441026&servicename=AaaServer&serviceurl=https%3A%2F%2Faccounts.zoho.com%2Fhome&QRLogin=true |

|  |  |
|---|---|
|  |  Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the core server (IP Address 169.148.148.97) and a client device (e.g., Analyst device - IP Address 192.168.0.104). For example, when the computer system (i.e., client) searches for login, then a packet transmits from the analyst device to the core server, and in return, the packet (i.e., first signal) is received by the computer system. |
| b) using the computer system | The Zoho server (part of the computer system) receives a second signal (decoded signal) from an electronic device (smartphone running the Zoho OneAuth App) being used by the |

| | |
|---|---|
| to receive a second signal from an electronic device being used by the user, the second signal comprising a copy of the reusable identifier and user verification information; | user. The second signal includes a copy of the reusable identifier and additional user verification information. The QR code encodes a URL with the reusable identifier. The Zoho OneAuth App scans the QR code and returns a URL with the encoded reusable identifier.<br><br><br><br>Source: https://accounts.zoho.com/signin?cli_time=1689909441026&servicename=AaaServer&serviceurl=https%3A%2F%2Faccounts.zoho.com%2Fhome&QRLogin=true |

| | |
|---|---|
| | Source: https://help.zoho.com/portal/en/kb/accounts/sign-in-za/articles/smart-sign-in-using-oneauth#How_to_use_Smart_Sign-in<br><br>Source: Screenshot taken from Smartphone. |
| c) using a processor of the computer system to evaluate, based at least on the first | Once the second signal is transmitted, a process or service running on a Zoho server (the computer system) has access to both the first signal and the second signal. The URL sent with the second signal is used to identify the Web browser session instance. This information is used to determine whether the user is authorized to conduct interactions with the Zoho Web service (the secured capability). The Zoho Web service refreshes the |

| | |
|---|---|
| signal and the second signal, whether the user is authorized to conduct the at least one interaction with the secured capability; and | Zoho login page on the Web browser.<br><br>**How to use Smart Sign-in**<br><br>⚠ Important: You need Zoho's **Authenticator app - OneAuth (v3.1 or higher)** on your mobile device, signed in with your Zoho account to use Smart Sign-in. You can install the authenticator app on your mobile device using this link - Install Authenticator - OneAuth. Once you've done this, sign in to your account using your username and password.<br><br>Once you have the OneAuth app on your mobile device with your Zoho account:<br><br>1. Go to the Zoho sign-in page on your browser.<br>2. Click **Try smart sign-in**. A QR code will be displayed.<br>3. Open **Authenticator app - OneAuth** on your mobile device.<br>4. In the MFA tab, tap **Smart Sign-in**.<br>5. Scan the QR code. You will be signed in to your Zoho account.<br><br>Source: https://help.zoho.com/portal/en/kb/accounts/sign-in-za/articles/smart-sign-in-using-oneauth#How_to_use_Smart_Sign-in<br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| | <br>Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the core server (IP Address 169.148.148.97) and a client device (e.g., Analyst device - IP Address 192.168.0.104). For example, when the computer system (i.e., client) searches for login, then a packet transmits from the analyst device to the core server, and in return, the packet (i.e., first signal) is received by the computer system. |
| d) in response to an indication from the processor that | In response to an indication (successful scan) from the processor, a third signal (sent to the Zoho OneAuth Mobile App running on the user's mobile device) provides the authorized information to the electronic device (e.g., The user will be asked to verify and |

| | |
|---|---|
| the user is authorized to conduct the at least one interaction with the secured capability, using the computer system to transmit a third signal comprising authorization information to at least one of the electronic device and the computer. | approve on the mobile device the ongoing login attempt).<br><br><br><br>Source: https://help.zoho.com/portal/en/kb/accounts/sign-in-za/articles/smart-sign-in-using-oneauth#How_to_use_Smart_Sign-in<br>Source: Screenshot taken from Smartphone. |



Source:https://accounts.zoho.com/signin?cli_time=1689909441026&servicename=AaaServer&serviceurl=https%3A%2F%2Faccounts.zoho.com%2Fhome&QRLogin=true