AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |  |
|---|---|---|
| Secure Matrix LLC | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) ) | Civil Action No. 6:24-cv-00327 |
| Zoho Corporation | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Zoho Corporation
> c/o c/o Resident Agents, Inc.
> 8 The Green, STE R Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rabicoff Law LLC
> 4311 N Ravenswood Ave Suite 315, Chicago, IL 60613
> 7736694590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  06/24/2024

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.        **6:24-cv-00327**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Zoho Corporation c/o Resident Agents, Inc.**
was recieved by me on  **6/25/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Resident Agents, Inc.**, who is designated by law to accept service of process on behalf of
**Zoho Corporation c/o Resident Agents, Inc.** at **8 the Grn, Dover, DE 19901** on **06/25/2024 at 1:55 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:  06/25/2024

_____
*Server's signature*

**Rhianna Cromartie**
*Printed name and title*

**13198 Coastal Hwy
Milton, DE 19969**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Resident Agents, Inc. with identity confirmed by physical description. The individual
accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of
age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.  person served was charlotte Banice**




Tracking #: **0136177049**