IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Secure Matrix LLC,** | Case No. 6:24-cv-00327-XR |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Zoho Corporation,** | |
| Defendant. | |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER AND MOTION FOR EXTENSION OF TIME UNDER FED. R. CIV. P. 4(m)**

1. Plaintiff Secure Matrix LLC ("Plaintiff") filed its Complaint against Defendant Zoho Corporation ("Defendant") on June 18, 2024 [Dkt. 1].

2. Defendant was served on June 25, 2024 [Dkt. 8].

3. As of today, Defendant has not appeared or contacted Plaintiff's counsel.

4. This Court entered an Order to Show Cause why the Court should not dismiss this case for failure to timely effectuate service [Dkt. 7].

5. Because Defendant has not reached out to Plaintiff's counsel, Plaintiff intends to promptly seek an alternative service on Defendant's headquarters.

6. Plaintiff will request to issue an alias summons as soon as this motion has been granted.

WHEREFORE, Plaintiff Secure Matrix LLC respectfully requests that this Court grant it an extension of thirty (30) days, until December 4, 2024, to serve Defendant Zoho Corporation's headquarters.

Dated: November 4, 2024

Respectfully submitted,

<u>/s/ Isaac Rabicoff</u>
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff**
**Secure Matrix LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on November 4, 2024 via the Court's CM/ECF system.

<u>/s/ Isaac Rabicoff</u>
Isaac Rabicoff