IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURE MATRIX LLC,<br>　　　　*Plaintiff* | §<br>§<br>§ | |
| | § | W-24-CV-00327-XR |
| -vs- | §<br>§ | |
| ZOHO CORPORATION,<br>　　　　*Defendant* | §<br>§<br>§<br>§ | |

**ORDER**

On this date, the Court considered the status of this case.

Plaintiff commenced this case by filing its Complaint on June 18, 2024. ECF No. 1. This Court issued a Show Cause Order directing Plaintiff to demonstrate why this case should not be dismissed for lack of service on November 3, 2024. ECF No. 7. The next day, Plaintiff filed an affidavit of service indicating that Defendant Zoho Corporation was served on June 25, 2024. ECF No. 8. Plaintiff also sought an extension of time to "seek an alternative service on Defendant's headquarters." ECF No. 9. The Court granted Plaintiff's request and extended the deadline for Plaintiff to effect service, if necessary, to December 4, 2024. November 5, 2024, Text Order.

While Plaintiff has yet to file an affidavit of service for "service on Defendant's headquarters," the time for Defendant to respond based on Plaintiff's affidavit of service dated June 25, 2024, has passed. Defendant has not yet filed an answer or other responsive pleading, requested an extension of time in which to do so, or otherwise appeared in this action.

Accordingly, Plaintiff is **ORDERED** to move for entry of default and default judgment **within 30 days** of this Order. *See* Fed. R. Civ. P. 55. Plaintiff's motion for default judgment must demonstrate that service was sufficient on Defendant to support default judgment. Plaintiff's

motion should also establish personal jurisdiction over Defendant. **Failure to comply with this Order may result in dismissal of this case without prejudice**. *See* Local Rule CV-55.

It is so **ORDERED**.

**SIGNED** this 4th day of March, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE